U.S. DISTRICT JUDGE **SIM LAKE**      CLERK, U.S. DISTRICT COURT
CASE MANAGER  S. ANDERSON    RPTR / ~~ERO~~  L. SMITH     SOUTHERN DISTRICT OF TEXAS
LAW CLERK  J. WEST    INTERPRETER _____     FILED

**November 30, 2023**
TIME  11:30 | 11:55  A.M.    ___ | ___ P.M.     NATHAN OSCHNER, CLERK
    begin  end     begin  end

CR. NO.  H-22-329    DEFT. NO.  2

UNITED STATES OF AMERICA     §    Andrew Tamayo / Courtney Chester    AUSA
vs.
 LILY TRAN DANIEL     §    Michael Freedman    ☒ Retained
DEFENDANT NAME

## REARRAIGNMENT

- ☐ Defendant waived his right to appear in person and consented to appear by video.
- ☒ Oath administered to Defendant.
- ☐ Indictment waived.
- ☒ Rearraignment held on ct(s)  1s .
- ☒ Defendant enters a plea of ☒ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
- ☐ PLEA AGREEMENT:  - N/A -

- ☒ Order for PSI setting Disclosure and Sentencing dates signed.
- ☐ PSI waived.
- ☒ Sentencing set  3/21/24  at  2:00 pm , before Judge Sim Lake.
- ☐ Jury trial set ___ at ___, before Judge Sim Lake.
- ☐ Defendant bond ☐ set ☐ reduced to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Defendant failed to appear, bench warrant to issue.
- ☐ Defendant bond ☐ continued ☐ forfeited.
- ☒ Defendant remanded to custody.
- ☐ Consent to Administration of Guilty Plea before United States Magistrate Judge.
- ☒ Terminate other settings for this defendant.  ☒ Terminate motions for this defendant.
- OTHER PROCEEDINGS: ___