United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–22–329 (2) |
| | § | |
| LILY TRAN DANIEL | § | |

## ORDER

The United States' Unopposed Motion to Continue Sentencing and PSR Deadlines (docket no. 95) is **GRANTED**.

The sentencing of the defendant is hereby **RESET**.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on or before _July 12, 2024_.

2. Counsel will file objections or a statement of no objection on or before _August 2, 2024_.

3. The Probation Office will submit the final PSR with an addendum on or before _September 6, 2024_.

4. Sentencing is **RESET** to:

    Date: _September 19_, 2024.

    Time: _2:00_ ~~a.m.~~/ p.m.

**SIGNED** at Houston, Texas, on this the 9th day of January, 2024.

**SIM LAKE**
**SENIOR UNITED STATES DISTRICT JUDGE**